|   |   |
|---|---|
| 1 | Barbara Parker, City Attorney (SBN 069722) |
|   | bparker@oaklandcityattorney.org |
| 2 | Mark Morodomi, Supervising Deputy City Attorney (SBN 120914) |
|   | mmorodomi@oaklandcityattorney.org |
| 3 | Kathleen Salem-Boyd, Deputy City Attorney (SBN 100179) |
|   | ksalemboyd@oaklandcityattorney.org |
| 4 | CITY OF OAKLAND, CALIFORNIA |
|   | One Frank H. Ogawa Plaza, 6th Floor |
| 5 | Oakland, California 94612 |
|   | Telephone:    (510) 238-3034 |
| 6 | Facsimile:     (510) 238-6500 |

7  [Additional Counsel Listed on Signature Page]

8  *Attorneys for Individual and Representative Plaintiff*
   *City of Oakland, California*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CITY OF OAKLAND, CALIFORNIA, | Case No. CV-08-2116 - MMC |
|---|---|
| Plaintiff, | |
| v. | **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| AIG FINANCIAL PRODUCTS CORP., *et al.* | |
| Defendants. | |

Pursuant to Local Rule 3-12 of the United States District Court for the Northern District of California, Plaintiff City of Oakland ("Plaintiff") hereby moves to relate the above-captioned case ("*City of Oakland*") with two other cases pending in this District: *County of Alameda v. AIG Finan. Prods. Corp., et al.*, Case No. 3:08-cv-03278 (EPL) ("*County of Alameda*"), and *East Bay Delta Housing and Finance Agency v. Bank of America, N.A.*, Case No. 3:11-cv-3651 (MEJ) ("*East Bay Delta*").  Pursuant to Local Rule 3-12(b), a chambers copy of this Motion will be lodged with the judges assigned to the *County of Alameda* and *East Bay Delta* actions.

Both the *City of Oakland* and *County of Alameda* actions were filed in the Northern District of California and subsequently transferred and consolidated in the multidistrict litigation proceeding entitled *In Re Municipal Derivatives Antitrust Litigation*, MDL No. 1950,

Master Docket No. 08-cv-2516 (S.D.N.Y.), under the supervision of Judge Victor Marrero. The undersigned, whose firm is co-counsel to the plaintiffs in each of the apparently related cases, expects that the *East Bay Delta* action will be transferred and consolidated in the near future.

Under this District's local rules, cases are "related" when: "(1) The actions concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges." Civil L.R. 3-12(a). Both prongs are met here.

The complaints in each of the three cases filed in this District are nearly identical. In all three cases, the plaintiffs "allege one or more conspiracies to rig bids and fix, maintain and/or stabilize interest rates provided on municipal derivatives to state and local municipalities in the United States." Because the complaints allege the same conspiracy in each, the defendants named are nearly identical. The proposed class period is the same. The complaints in each case call for determinations of questions of law and fact and substantially related to those arising from the related actions indentified above. In the multidistrict litigation proceeding in the Southern District of New York, Oakland, Alameda, and two other California municipalities represented by the same counsel have filed a joint complaint, combining, for administrative ease, the allegations against each of the defendants.

There is also no question that the above three cases should proceed before a different judge. Not only do they involve the same parties, claims, and allegations, they are also at the same procedural stage, and will remain coordinated in the Southern District of New York until they are remanded for trial at the close of pretrial proceedings.

For these reasons, the Oakland, Alameda, and East Bay Delta cases should be deemed "related cases" pursuant to Civil L.R. 3-12(a), and should proceed before a single judge. Because of the large number of defendants named in this and the apparently related cases and in the interest of promptly filing this motion, Plaintiff files this motion without a stipulation reflecting the parties' agreement that the cases should be related. *See* Declaration of Eric B. Fastiff In Support of Plaintiff's Administrative Motion to Relate Cases, ¶ 3.

| | | |
|---|---|---|
| 1 | Dated: August 3, 2011 | Respectfully submitted, |
| 2 | | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |

By: */s/ Eric B. Fastiff*
　　　　Eric B. Fastiff

Richard M. Heimann (State Bar No. 063607)
*rheimann@lchb.com*
Joseph R. Saveri (State Bar No. 130064)
*jsaveri@lchb.com*
Eric B. Fastiff (State Bar No. 182260)
*efastiff@lchb.com*
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:　(415) 956-1000
Facsimile:　(415) 956-1008

Barbara Parker, City Attorney (State Bar No. 069722)
*bparker@oaklandcityattorney.org*
Mark Morodomi, Supervising Deputy City Attorney
(State Bar No. 120914)
*mmorodomi@oaklandcityattorney.org*
Kathleen Salem-Boyd, Deputy City Attorney (State Bar No. 100179)
*ksalemboyd@oaklandcityattorney.org*
CITY OF OAKLAND
One Frank H. Ogawa Plaza, 6th Floor
Oakland, CA  94612
Telephone:　(510) 238-3034
Facsimile:　(510) 238-6500

G. Scott Emblidge (State Bar No. 121613)
Sylvia M. Sokol (State Bar No. 200126)
MOSCONE EMBLIDGE & SATER LLP
220 Montgomery Street
Mills Tower, Suite 2100
San Francisco, CA 94104
Telephone:　(415) 362-3599
Facsimile:　(415) 362-2006

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Steven E. Fineman (SBN 140335)
*sfineman@lchb.com*
Daniel E. Seltz (admitted *pro hac vice*)
*dseltz@lchb.com*
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone:    (212) 355-9500
Facsimile:     (212) 355-9592

*Attorneys for Individual and Representative Plaintiff City of Oakland, California*