Barbara Parker, City Attorney (SBN 069722)
*bparker@oaklandcityattorney.org*
Mark Morodomi, Supervising Deputy City Attorney (SBN 120914)
*mmorodomi@oaklandcityattorney.org*
Kathleen Salem-Boyd, Deputy City Attorney (SBN 100179)
*ksalemboyd@oaklandcityattorney.org*
CITY OF OAKLAND, CALIFORNIA
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone:    (510) 238-3034
Facsimile:     (510) 238-6500

Richard M. Heimann (SBN 063607)
*rheimann@lchb.com*
Joseph R. Saveri (SBN 130064)
*jsaveri@lchb.com*
Eric B. Fastiff (SBN 182260)
*efastiff@lchb.com*
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:    (415) 956-1000
Facsimile:     (415) 956-1008

G. Scott Emblidge (SBN 121613)
Sylvia M. Sokol (SBN 200126)
MOSCONE EMBLIDGE & SATER LLP
220 Montgomery Street
Mills Tower, Suite 2100
San Francisco, CA 94104
Telephone:    (415) 362-3599
Facsimile:     (415) 362-2006

*Attorneys for Individual and Representative Plaintiff*
*City of Oakland, California*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF OAKLAND, CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>AIG FINANCIAL PRODUCTS CORP., *et al.*<br><br>Defendants. | Case No. CV-08-2116 - MMC<br><br>**DECLARATION OF ERIC B. FASTIFF IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO RELATE CASES** |

1  I, Eric B. Fastiff, declare and state as follows:

2  1.  I am a partner in the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP.
3  Pursuant to Civil L.R. 7-11(a), I submit this Declaration in support of Plaintiff's Administrative
4  Motion to Relate Cases. I have personal knowledge of the facts set forth in this declaration. If
5  called to testify as to the contents hereto, I could and would testify competently to them.

6  2.  I am co-counsel to the Plaintiffs in the following actions filed in this district:

7  • *County of Alameda v. AIG Finan. Prods. Corp., et al.*, Case No. 3:08-cv-
8     03278 (EPL)
9  • *East Bay Delta Housing and Finance Agency v. Bank of America, N.A.*,
10     Case No. 3:11-cv-3651 (MEJ)

11  3.  In the interest of promptly filing this motion, Plaintiff could not obtain a
12  stipulation pursuant to Civil L.R. 7-12 because of the large number of defendants named in this
13  action.

14  I hereby declare under penalty of perjury of the laws of the United States that the
15  foregoing is true and correct.

16  Executed this 3rd day of August, 2011 at San Francisco, California.

*Eric B. Fastiff*

_____
Eric B. Fastiff

932413.1  - 1 -  DECLARATION OF ERIC B. FASTIFF ISO
PLTFS' ADMINISTRATIVE MOTION
CASE NO. CV-08-2116-MMC